No. 02–498. ARTHUR ANDERSEN LLP v. BERGER ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–514. SMITH v. INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS. C. A. 5th Cir. Certiorari denied.

No. 02–558. GREEN, INDIVIDUALLY AND AS TRUSTEE, ET AL. v. NUVEEN ADVISORY CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–561. BROWNE ET AL. v. BAYLESS, SECRETARY OF STATE OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 02–565. SALIM OLEOCHEMICALS v. M/V SHROPSHIRE ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–567. HOLLANDER ET VIR v. SANDOZ PHARMACEUTICALS CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–568. JONES v. TEXAS ET AL. Ct. App. Kan. Certiorari denied.

No. 02–576. CASE & POINT, INC., DBA BARE FACTS, ET AL. v. CITY OF DALLAS, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–584. MAGERS, TRUSTEE IN BANKRUPTCY FOR BONDS DISTRIBUTING CO., INC. v. BONDS ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–591. QUINN ET AL. v. BANK ONE, N. A. C. A. 5th Cir. Certiorari denied.

No. 02–596. WINSTON v. KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. Sup. Ct. Kan. Certiorari denied.

No. 02–601. BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT ET AL. v. VOGT ET AL. C. A. 5th Cir. Certiorari denied.